## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| JEROME BREWER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:13-cv-00364-NT |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, JEROME BREWER, through his attorney, RILEY L. FENNER, hereby informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff shall execute and file the necessary papers to terminate this action within 30 days.

RESPECTFULLY SUBMITTED,

November 1, 2013     By:   /s/Riley L. Fenner_____
RILEY L. FENNER, ESQ.
Attorney for Plaintiff
220 Snow Hill Road
Appleton, Maine 04862
Tel: 207-785-6222
Fax: 207-470-1009

## CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2013, I electronically filed the Notice of Settlement with the Clerk of Court using the CM/ECF system, which will automatically send notice to the following:

        Paula-Lee Chambers
        Hinshaw & Culbertson, LLP
        28 State Street
        24th Floor
        Boston, MA  02109
        617-213-7000
        pchambers@hinshawlaw.com

                /s/Riley L. Fenner_____
                Riley L. Fenner

Date: November 1, 2013