## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| JEROME BREWER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-00364-NT |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, JEROME BREWER, through his attorney, RILEY L. FENNER, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, GC SERVICES, LP.

                                          RESPECTFULLY SUBMITTED,

November 21, 2013        By:    /s/Riley L. Fenner
                                                     RILEY L. FENNER, ESQ.
                                                     Attorney for Plaintiff
                                                     220 Snow Hill Road
                                                     Appleton, Maine 04862
                                                     Tel: 207-785-6222
                                                     Fax: 207-470-1009

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2013, I electronically filed the Notice of Voluntary Dismissal with the Clerk of Court using the CM/ECF system, which will automatically send notice to the following:

>Paula-Lee Chambers
>Hinshaw & Culbertson, LLP
>28 State Street
>24th Floor
>Boston, MA  02109
>617-213-7000
>pchambers@hinshawlaw.com

                              /s/Riley L. Fenner
                              Riley L. Fenner

Dated: November 21, 2013